IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ISAIAH NEVINS,<br><br>Defendant. | 8:19CR300<br><br>ORDER |

Defendant Isaiah Nevins requests that the Court provide him copies of certain Court filings so he can prepare a petition for relief under 28 U.S.C. § 2255 or a request for compassionate release. (Filing No. 174.) Specifically, Defendant seeks the (1) docket sheet; (2) judgment and commitment order (Filing No. 160); (3) indictment (Filing No. 1); and (4) plea agreement (Filing No. 151). Defendant also asks that the Court send the requested copies to his girlfriend. Defendant has not asked that the documents be provided free of charge, nor is he entitled to free copies of these documents at this point.

Accordingly,

**IT IS ORDERED** that Defendant's request for copies (Filing No. 174) is granted, in part. The Clerk of Court shall notify Defendant of the cost for copies of the docket sheet; Filing No. 1; Filing No. 151; and Filing No. 160. Once Defendant sends payment to the Clerk's Office for these copies, the Clerk of Court shall send the requested documents directly to Defendant, not his girlfriend.

Dated this 4th day of October, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge